# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0701
Lower Tribunal No. 24MM71

_____

TONY NAVARRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Glades County.
Darrell R. Hill, Judge.

April 10, 2026

PER CURIAM.

The judgment and sentence is affirmed without prejudice to the filing of a motion for postconviction relief under Florida Rule of Criminal Procedure 3.850(a), *see Griffin v. State*, 10 So. 3d 165, 166 (Fla. 3d DCA 2009) (stating that a claim that a crime was not actually committed is cognizable under rule 3.850), or a motion to correct the trial court's clerical error in its March 8, 2024, sentencing order, *see Rodgers v. State*, 934 So. 2d 1207, 1221 (Fla. 2006) (noting that a trial court may correct clerical errors in its orders at any time).

AFFIRMED.

STARGEL, GANNAM and KAMOUTSAS, JJ., concur.


Ita M. Neymotin, Regional Counsel, and Clay W. Oberhausen, Assistant Regional Counsel, of the office of Criminal Conflict and Civil Regional Counsel, Sarasota, and Thomas J. Butler, of the Law office of Thomas Butler, P.A., Miami Beach, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED